| Attorney or Party without Attorney: <br> Lincoln D, Bandlow (SBN 170449) <br> Law Offices of Lincoln Bandlow, P.C <br> 1801 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 <br>   Telephone No: 310-556-9680 <br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Central District of California

*Plaintiff:* EDELMANIA PRODUCTIONS, LLC, a California Limited Liability company; ET AL
*Defendant:* JORDAN SERVICE, an individual

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:22-cv-02484-ODW-PVC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Filing Rule 7,1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Filer of Deficiencies in Request for Issuance of Summons; Civil Minutes - General

3. a. Party served:    JORDAN SERVICE, an individual
   b. Person served:   Anthony Zorru, Mailbox Manager

4. Address where the party was served:   7111 Santa Monica Blvs Suite B #125, West Hollywood, CA 90046

5. I served the party:
   a. **by substituted service.**   On: Mon, Apr 25 2022 at: 12:08 PM by leaving the copies with or in the presence of:
      Anthony Zorru, Mailbox Manager

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Lincoln D, Bandlow (SBN 170449)<br>Law Offices of Lincoln Bandlow, P.C<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>　　Telephone No: 310-556-9680<br>　　Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Central District of California | | | | |
| *Plaintiff:* EDELMANIA PRODUCTIONS, LLC, a California Limited Liability company; ET AL<br>*Defendant:* JORDAN SERVICE, an individual | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-02484-ODW-PVC |

6. **Person Who Served Papers:**
   a. Mohammad Rafiquzzaman (6600, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. **The Fee** for Service was:  $278.00
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

04/25/2022
(Date)                                                                                 (Signature)



| *Attorney or Party without Attorney:*<br>Lincoln D, Bandlow (SBN 170449)<br>Law Offices of Lincoln Bandlow, P.C<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>  *Telephone No:* 310-556-9680<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Central District of California |
|---|
| *Plaintiff:* EDELMANIA PRODUCTIONS, LLC, a California Limited Liability company; ET AL |
| *Defendant:* JORDAN SERVICE, an individual |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-02484-ODW-PVC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Filing Rule 7,1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Filer of Deficiencies in Request for Issuance of Summons; Civil Minutes - General

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Apr 25, 2022
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: JORDAN SERVICE, an individual
         7111 Santa Monica Blvs, Suite B #125 West Hollywood, CA 90046

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Apr 25, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. **FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

04/25/2022

(Date)                                    (Signature)



| Judicial Council Form | PROOF OF SERVICE | *6996464* |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | **BY MAIL** | *(4963743)* |