Case No.: Case 2:22-cv-02484-KK-PVC  Propoposed Order For Leave to File MSJ

**DENIED**
**BY ORDER OF THE COURT**
**No good cause.**

```
          LODGED
   CLERK, U.S. DISTRICT COURT

          12/18/23

  CENTRAL DISTRICT OF CALIFORNIA
  BY: _____eee_____ DEPUTY
```

1. Jordan Service, Self Pro Se            }
2. 7111 Santa Monica Blvd Ste B# 125      }
3. West Hollywood CA, 90046               }
4. Telephone 954 817 4530                 }
5. Email JordanService@gmail.com          }

-------------------------------------------------

## United States District Court
## For The
## Central District of California

Parties: Counter-Plaintiff            } [Assigned to
and Defendant Jordan Service          }     the Honorable Kiya Kato   ]
        VS                            }   2:22-cv-02484-KK-PVCx
Joshua Edelman, Edelmania,            }   Proposed Order: Leave to File
  Plaintiff and Counter-Defense.      }   Motion For Summary Judgement

Proposed Order:

1. Under Rule 12(d) Defense is Granted Leave to File Motion for Summary Judgment to be filed no later than the 29th of December, 2023.

_____

2. Under Rule 15(d) Defense is Granted Leave to File a motion for Supplemental Pleadings to be filed no later than the 29th of December, 2023.

_____

1

Answer to Reassignment Order

Case No.: Case 2:22-cv-02484-KK-PVC  Propoposed Order For Leave to file MSJ

1  3. In alternative, or addition, to the above the court will schedule a case management
2  conference to discuss the issue of perjury on the Date _____/_____/_____
3  time _____, and Location_____

10  It has been so Ordered

**DENIED**

12  **BY ORDER OF THE COURT**
13  By
14  THE HONORABLE JUDGE KIYA KATO
15  Date:  12  /  21  /  2023

2
Answer to Reassignment Order